| | | | | |
|---|---|---|---|---|
| Hochgesang v. McLain .......... | 13A01–1608–PL–1944 | 06/09/2017 | ROBB, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Spencer v. State ............... | 20A03–1612–PC–2845 | 06/09/2017 | BRADFORD, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | RILEY, J. | Concurs |
| Hall v. State .................. | 71A03–1610–CR–2281 | 06/09/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Thomas v. State................ | 02A03–1701–CR–66 | 06/09/2017 | ROBB, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| M.W., Matter of ................ | 23A04–1611–JT–2517 | 06/09/2017 | MAY, J. | Affirmed |
| | | | BROWN, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Hambright v. State ............. | 02A03–1612–CR–2947 | 06/09/2017 | ROBB, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Haywood v. State .............. | 02A03–1701–CR–165 | 06/09/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| M.D., In re Paternity of ......... | 49A02–1609–JP–2193 | 06/09/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| McBride v. Midwest Estate Buyers, LLC..................... | 93A02–1612–EX–2920 | 06/09/2017 | ROBB, J. | Reversed and remanded |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Orr v. State.................... | 05A04–1608–CR–1791 | 06/09/2017 | MAY, J. | Reversed and remanded |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs in result |
| Wooden v. State ............... | 49A02–1611–CR–2561 | 06/12/2017 | BAILEY, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | ROBB, J. | Concurs |